UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RALPH DAVID SAVAGE,

      Plaintiff,                             Case No. 15-cv-13367
                                              Hon. Matthew F. Leitman

v.

SUTARIYA LAW OFFICES, P.C. and
RAJAN SUTARIYA,

      Defendants.
_____/

## **STIPULATED ORDER OF DISMISSAL**

Plaintiff Ralph David Savage ("Plaintiff") and Defendants Sutariya Law Offices, P.C. and Rajan Sutariya ("Defendants") having stipulated to the entry of this order; and the Court being otherwise advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff's Complaint against Defendants shall be dismissed with prejudice and without costs to any party.

**This is a final order and closes the case.**

                                         /s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated:  February 22, 2016

2

## STIPULATIONS:

/s/ Brian P. Parker  
Brian P. Parker (P48617)  
LAW OFFICES OF  
BRIAN P. PARKER, P.C.  
Attorneys for Plaintiff

/s/ Donald R. Bachand (with consent)  
Donald R. Bachand, III  
Attorneys for Defendants